B 6 Summary (Official Form 6 - Summary) (12/14)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

In re  **Four Tigers Group, L.L.C.**

Case No.   **15-50100**

Chapter   **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $1,200,000.00 | | |
| B - Personal Property | Yes | 5 | $14,575.02 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $780,471.83 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $18,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $268,632.22 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 17 | $1,214,575.02 | $1,067,104.05 | |

B6A (Official Form 6A) (12/07)

In re  **Four Tigers Group, L.L.C.**                              Case No.    **15-50100**
                                                                                  (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Commercial Property Track 1 DANHEC SUDB, BLOCK 1, LOT 6, also known as 5430 Riverside Drive, Laredo, Texas 78041 Track II SAN-HEC SUBD, BLOCK 1, LOT 5, also known as 5428 Riverside Drive, Laredo, Texas 78041 | Real property | | $1,200,000.00 | $729,053.52 |
| | | Total: | **$1,200,000.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Four Tigers Group, L.L.C.**                    Case No.   **15-50100** _____
                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account with chase (Old DIP account) | $75.02 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Four Tigers Group, L.L.C.**                                           Case No.    **15-50100**
                                                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Four Tigers Group, L.L.C.**                    Case No.   **15-50100**
                                                                   (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Texas beer and Wine License | $0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | See Schedule G for list of contracts for weddings, quinceneras, anniversary | $0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Four Tigers Group, L.L.C.**                                    Case No.    **15-50100**
                                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 1 computer<br>1 copier<br>2 sofas<br>2 desks<br>1 book shelf<br>4 chairs, 10 mirrors 5 paintings, 2 tapestries<br>13 drapes, 8 valance: amd general office supplies | | $4,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 50 tables<br>325 chairs<br>120 tea glasses<br>225 charter plates<br>2 rectangular entrance tables<br>1 half moon entrance table, 6 scones,<br>5 statutes, 1 bench, 1 indoor water fountain 1 ice maker,<br>soda fountain machine, 1 refrigertor, 1 chocoate fountain; 1<br>mircrowave, 1 oven, 2 washers, 1 light show, and kitchen<br>cabinets | | $10,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Four Tigers Group, L.L.C.**                                      Case No.  **15-50100**
                                                                                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

                                                    _____4_____ continuation sheets attached    **Total  >**    **$14,575.02**
                            (Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **Four Tigers Group, L.L.C.**                                        Case No.   **15-50100**
                                                                                         (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $155,675.*

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced  on or after the date of adjustment.* | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re **Four Tigers Group, L.L.C.**                                     Case No.   **15-50100**
                                                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **92420001050**<br><br>**City of Laredo<br>c/o Flores & Saucedo, PLLC<br>5517 McPherson Rd. Ste. 14<br>Laredo, TX 78041** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Ad valorem taxes**<br>COLLATERAL:<br>**Ad Valorem Taxes**<br>REMARKS:<br><br>VALUE:                          **$703.42** | | | | **$703.42** | |
| ACCT #: **80106028100**<br><br>**City of Laredo<br>c/o Flores & Saucedo, PLLC<br>5517 McPherson Rd. Ste. 14<br>Laredo, TX 78041** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Ad valorem taxes**<br>COLLATERAL:<br>**Ad Valorem Taxes**<br>REMARKS:<br><br>VALUE:                          **$883.25** | | | | **$883.25** | |
| ACCT #: **1070**<br><br>**Commerce Bank<br>5800 San Dario<br>Laredo, TX 78041** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Real property/other collateral**<br>COLLATERAL:<br>**Deeds of Trust and Security Interest**<br>REMARKS:<br><br>VALUE:                  **$1,200,000.00** | | | | **$729,053.52** | |
| ACCT #:<br><br>**Internal Revenue Service<br>300 E. 8th St.<br>M/S  5026 AUS<br>Austin, TX 78701** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Partnership taxes**<br>REMARKS:<br><br>VALUE:                        **$18,873.86** | | | | **$18,873.86** | |
| | | Subtotal (Total of this Page) > | | | | **$749,514.05** | **$0.00** |
| | | Total (Use only on last page) > | | | | | |

_____2_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Four Tigers Group, L.L.C.**
Case No. **15-50100**
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **80106028100** <br><br> **Laredo Community College c/o Kazen, Meurer & Perez 211 Calle Del Norte Ste. 200 Laredo, TX 78041** | | DATE INCURRED: <br> NATURE OF LIEN: <br> **business debt** <br> COLLATERAL: <br> **Ad Valorem Taxes** <br> REMARKS: <br><br> VALUE: **$534.27** | | | | **$534.27** | |
| ACCT #: **92420001-050** <br><br> **Laredo Community College c/o Kazen, Meurer & Perez 211 Calle Del Norte Ste. 200 Laredo, TX 78041** | | DATE INCURRED: <br> NATURE OF LIEN: <br> **business debt** <br> COLLATERAL: <br> **Ad Valorem Taxes** <br> REMARKS: <br><br> VALUE: **$480.34** | | | | **$480.34** | |
| ACCT #: **92420001050** <br><br> **United I S D c/o Guillermo Alarcon 1302 Washington St. Laredo, TX 78040** | | DATE INCURRED: <br> NATURE OF LIEN: <br> **business debt** <br> COLLATERAL: <br> **Ad Valorem Taxes** <br> REMARKS: <br><br> VALUE: **$3,752.58** | | | | **$3,752.58** | |
| ACCT #: **80106028100** <br><br> **United I S D c/o Guillermo Alarcon 1302 Washington St. Laredo, TX 78040** | | DATE INCURRED: <br> NATURE OF LIEN: <br> **business debt** <br> COLLATERAL: <br> **Ad Valorem Taxes** <br> REMARKS: <br><br> VALUE: **$4,565.78** | | | | **$4,565.78** | |

Sheet no. ___1___ of ___2___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | **$9,332.97** | **$0.00** |
| Total (Use only on last page) > | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re **Four Tigers Group, L.L.C.**                                        Case No. **15-50100**
                                                                                         (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **92420001060**<br><br>**Webb County**<br>**c/o Castillo, Montemayor & Solis, PC**<br>**7718 McPherson Rd. Ste. #F-105**<br>**Laredo, TX 78045** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**business debt**<br>COLLATERAL:<br>**Ad Valorem Taxes**<br>REMARKS:<br><br>VALUE: **$19,049.79** | | | | $19,049.79 | |
| ACCT #: **92420001050**<br><br>**Webb County**<br>**c/o Castillo, Montemayor & Solis, PC**<br>**7718 McPherson Rd. Ste. #F-105**<br>**Laredo, TX 78045** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**business debt**<br>COLLATERAL:<br>**Ad Valorem Taxes**<br>REMARKS:<br><br>VALUE: **$1,363.29** | | | | $1,363.18 | |
| ACCT #: **80106028100**<br><br>**Webb County**<br>**c/o Castillo, Montemayor & Solis, PC**<br>**7718 McPherson Rd. Ste. #F-105**<br>**Laredo, TX 78045** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**business debt**<br>COLLATERAL:<br>**Ad Valorem Taxes**<br>REMARKS:<br><br>VALUE: **$1,211.84** | | | | $1,211.84 | |
| | | | | | | | |

Sheet no. ____**2**____ of ____**2**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this Page) > | $21,624.81 | $0.00 |
|---|---|---|---|
| | Total (Use only on last page) > | $780,471.83 | $0.00 |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re **Four Tigers Group, L.L.C.**                                     Case No.   **15-50100**
                                                                                    _____
                                                                                         (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re **Four Tigers Group, L.L.C.**                                    Case No.   **15-50100**
                                                                                   (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Law Office of Carl M. Barto** <br> **817 Guadalupe St.** <br> **Laredo, Texas 78040** | | DATE INCURRED: **07/09/2015** <br> CONSIDERATION: <br> **Attorney Fees** <br> REMARKS: | | | | $18,000.00 | $18,000.00 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $18,000.00 | $18,000.00 | $0.00 |

| Total > | $18,000.00 | | |
|---|---|---|---|

(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

| Totals > | | $18,000.00 | $0.00 |
|---|---|---|---|

(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re   **Four Tigers Group, L.L.C.**                                    Case No.   **15-50100**

                                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **Area Wide Phonebook 303 E. Pioneer Drive Abeline, TX 79605** | | DATE INCURRED: CONSIDERATION: **Advertising** REMARKS: | | | | $2,200.00 |
| ACCT #: **Asash Termite & Pest Control 1102 Clark Blvd. Laredo, TX 78040** | | DATE INCURRED: CONSIDERATION: **Services Rendered** REMARKS: | | | | $180.00 |
| ACCT #: **Internal Revenue Service 300 E. 8th St. M/S 5026 AUS Austin, TX 78701** | | DATE INCURRED: CONSIDERATION: **Partnership taxes** REMARKS: | | | | $2,000.00 |
| ACCT #: **J.S. Paluch Company Company, Inc. 3708 River Rd. Ste. 400 Franklin Park, IL 60130-2158** | | DATE INCURRED: CONSIDERATION: **Supplies** REMARKS: | | | | $452.22 |
| ACCT #: **Jose Enrique Pantoja 609 Puig Street Laredo, TX 78045** | X | DATE INCURRED: CONSIDERATION: **Promissory Note** REMARKS: | | | | $263,800.00 |
| | | | | | | |
| | | | | Subtotal > | | $268,632.22 |
| | | | | Total > | | $268,632.22 |

                      **No**              continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **Four Tigers Group, L.L.C.**                              Case No.  **15-50100**
                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Adriana Garza**<br>14007 French Pk<br>Laredo, TX 78040 | Rental Agreement<br>Contract to be ASSUMED |
| **Ana Escobar**<br>1002 Rivera Way<br>Laredo, TX 78040 | Rental Agreement<br>Contract to be ASSUMED |
| **Carlos Villa/Andrea Rodriguez**<br>3621 Lyon<br>Laredo, TX 78040 | Rental Agreement<br>Contract to be ASSUMED |
| **Carlos/Yvonne Loera**<br>3402 Eastwood<br>Laredo, TX 78040 | Rental Agreement<br>Contract to be ASSUMED |
| **Celina Esquivel**<br>720 N. Seymor<br>Laredo, TX 78040 | Rental Agreement<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Four Tigers Group, L.L.C.**                                         Case No.   **15-50100**
                                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Christy Cruz**<br>3201 South Ejido Apt. 8106<br>Laredo, TX 78040 | Rental Agreement<br>Contract to be ASSUMED |
| **Claudia Cabral**<br>2520 Burnside St.<br>Laredo, TX 78040 | Rental Agreement<br>Contract to be ASSUMED |
| **David Perez**<br>212 Obsidian Blvd. Apt. 59<br>Laredo, TX 78040 | Rental Agreement<br>Contract to be ASSUMED |
| **Fernando Lozano & Erika Rojas**<br>8615 Puerto Angel<br>Laredo, TX 78040 | Rental Agreement<br>Contract to be ASSUMED |
| **Francisco Granado**<br>102 Rain Falls<br>Laredo, TX 78040 | Rental Agreement<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Four Tigers Group, L.L.C.**                                    Case No.   **15-50100**
                                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
*Continuation Sheet No. 2*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Guadalupe Ruiz**<br>8718 Puerto Isabel<br>Laredo, TX 78040 | Rental Agreement<br>Contract to be ASSUMED |
| **Jesus Morales/Monica Morales**<br>317 Toro Loop<br>Laredo, TX 78040 | Rental Agreement<br>Contract to be ASSUMED |
| **Job Corps**<br>1701 Island<br>Laredo, TX 78040 | Rental Agreement<br>Contract to be ASSUMED |
| **Jolene Barraza**<br>209 Masterson<br>Laredo, TX 78040 | Rental Agreement<br>Contract to be ASSUMED |
| **Juane David Martinez**<br>4526 Hachar Lane<br>Laredo, TX 78040 | Rental Agreement<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Four Tigers Group, L.L.C.**                                    Case No.   **15-50100** _____
                                                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 3*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Karen Reyna**<br>418 Center<br>Laredo, TX 78040 | Rental Agreement<br>Contract to be ASSUMED |
| **Marco and Monica Garcia**<br>2703 Pecan<br>Laredo, TX 78040 | Rental Agreement<br>Contract to be ASSUMED |
| **Raul/Jackie Vidaurri Everett**<br>2616 E. Plum St.<br>Laredo, TX 78040 | Rental Agreement<br>Contract to be ASSUMED |
| **Ruben Reyes**<br>2018 Davis<br>Laredo, TX 78040 | Rental Agreement<br>Contract to be ASSUMED |
| **Sylvia Mancha**<br>3902 Santa Cleotilde<br>Laredo, TX 78040 | Rental Agreement<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re  **Four Tigers Group, L.L.C.**                                                                     Case No.   **15-50100**  _____
                                                                                                                                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Carlos Ramirez**<br>402 Antonia Street<br>Laredo, TX 78045 | **Jose Enrique Pantoja**<br>609 Puig Street<br>Laredo, TX 78045 |
| **Jose Arturo Pantoja**<br>314 La Herradura Court<br>Laredo, TX 78045 | **Jose Enrique Pantoja**<br>609 Puig Street<br>Laredo, TX 78045 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Four Tigers Group, L.L.C.**                                      Case No.   **15-50100**
                                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Managing Member**_____ of the _____**Corporation**_____

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of

_____**19**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date **7/22/2015**_____        Signature  **/s/ Jose Arturo Pantoja**_____

                                                            *Jose Arturo Pantoja*
                                                            *Managing Member*

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

In re:  **Four Tigers Group, L.L.C.**                                    Case No.   **15-50100**

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the TWO YEARS immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$389,377.00** | **2013 gross reciepts or sales** |
| **$284,000.00** | **2014 gross reciepts or sales** |
| **$130,500.00** | **2015 year to date gross reciepts or sales** |

---

**2. Income other than from employment or operation of business**

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☑

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☐

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Commerce Bank**<br>**5800 San Dario**<br>**Lareod, texas 78041** | **April,  2015** | **$6,300.00** | |

---

None
☑

c.  All debtors:  List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

In re:  **Four Tigers Group, L.L.C.**                    Case No.   **15-50100**
                                                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑   a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑   b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None ☑   a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☑   List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☑   List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Office of Carl M. Barto**<br>**817 Guadalupe St.**<br>**Laredo, Texas 78040** | **07/06/2015** | **$12,000.00** |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

In re:  **Four Tigers Group, L.L.C.**                    Case No.  **15-50100**
                                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

**10. Other transfers**

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

In re:  **Four Tigers Group, L.L.C.**                          Case No.  **15-50100** _____
                                                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or
☑   potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the
       Environmental Law:

---

None  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.
☑   Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is
☑   or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

## 18. Nature, location and name of business

None
☑   a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
       dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership,
       sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the
       commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately
       preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS
immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS
immediately preceding the commencement of this case.

---

None  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☑

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

In re:   **Four Tigers Group, L.L.C.**                                    Case No.   **15-50100**
                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None
☑    a.  List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None
☑    b.  List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☐    c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

**NAME**                                                        **ADDRESS**
**Jose Arturo Pantoja**                                          **314 La Herradura**
                                                                **Laredo, texas 78045**

---

None
☑    d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

---

### 20. Inventories

None
☐    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | **DOLLAR AMOUNT OF INVENTORY** |
| **DATE OF INVENTORY** | **INVENTORY SUPERVISOR** | **(Specify cost, market or other basis)** |
| 01/22/2014 | Jose Arturo Pantoja | $14500.00 |

---

None
☑    b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None
☑    a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☐    b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | **NATURE AND PERCENTAGE** |
| **NAME AND ADDRESS** | **TITLE** | **OF STOCK OWNERSHIP** |
| **Jose Arturo Pantoja** | **Managing Member** | **25% Membership** |
| **314 La Herradura** |  | **Interest** |
| **Laredo, Texas 78045** |  |  |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

In re:  **Four Tigers Group, L.L.C.**                                        Case No.   **15-50100**
                                                                                          (if known)

**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 5*

| | | |
|---|---|---|
| **Jose Enrique Pantoja**<br>**609 Puit Street**<br>**Laredo, Texas 78045** | **Member** | **50% Membership**<br>**Intersest** |
| **Carlos Ramirez**<br>**402 Antonio Street**<br>**Laredo, Texas 78045** | **Member** | **25% Membership**<br>**Interest** |

---

**22. Former partners, officers, directors and shareholders**

None
☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None
☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None
☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None
☑ If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

**25. Pension Funds**

None
☑ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

In re:   **Four Tigers Group, L.L.C.**                                                  Case No.   **15-50100**  _____

                                                                                                            (if known)


# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **7/22/2015**  _____                Signature   **/s/ Jose Arturo Pantoja**  _____
                                                                                                            **Jose Arturo Pantoja**
                                                                                                            **Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

IN RE:   **Four Tigers Group, L.L.C.**                                      CASE NO    **15-50100**

                                                                           CHAPTER    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept: | Fixed Fee: | **$30,000.00** |
| Prior to the filing of this statement I have received: | | **$12,000.00** |
| Balance Due: | | **$18,000.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor        ☑ Other (specify)
                   **Jose Arturo Pantoja**

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **7/22/2015** | **/s/ Law Offices of Carl M. Barto** |
| *Date* | *Law Offices of Carl M. Barto*           Bar No.  01852100 |
| | Law Offices of Carl M. Barto |
| | 817 Guadalupe St. |
| | Laredo, Texas 78040 |
| | Phone: (956) 725-7500 / Fax: (956) 722-6739 |

---

**/s/ Jose Arturo Pantoja**

*Jose Arturo Pantoja*
*Managing Member*

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

IN RE:   **Four Tigers Group, L.L.C.**

Case No.   **15-50100**

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Jose Enrique Pantoja<br>609 Puig Street<br>Laredo, TX 78045 | | Promissory Note | | **$263,800.00** |
| Law Office of Carl M. Barto<br>817 Guadalupe St.<br>Laredo, Texas 78040 | | Attorney Fees | | **$18,000.00** |
| Area Wide Phonebook<br>303 E. Pioneer Drive<br>Abeline, TX 79605 | | Advertising | | **$2,200.00** |
| Internal Revenue Service<br>300 E. 8th St.<br>M/S 5026 AUS<br>Austin, TX 78701 | | Partnership taxes | | **$2,000.00** |
| J.S. Paluch Company Company, Inc.<br>3708 River Rd. Ste. 400<br>Franklin Park, IL 60130-2158 | | Supplies | | **$452.22** |
| Asash Termite & Pest Control<br>1102 Clark Blvd.<br>Laredo, TX 78040 | | Services Rendered | | **$180.00** |

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

IN RE:   **Four Tigers Group, L.L.C.**                                  Case No.   **15-50100**

                                                                        Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*


## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Managing Member**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.



Date:__**7/22/2015**_____          Signature:__**/s/ Jose Arturo Pantoja**_____

                                                        ***Jose Arturo Pantoja***
                                                        **Managing Member**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

IN RE:   **Four Tigers Group, L.L.C.**                                    CASE NO   **15-50100**

                                                                         CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

       The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   7/22/2015 _____          Signature   _/s/ Jose Arturo Pantoja_____
                                                              *Jose Arturo Pantoja*
                                                              *Managing Member*


Date _____          Signature _____

Adriana Garza
14007 French Pk
Laredo, TX 78040


Ana Escobar
1002 Rivera Way
Laredo, TX 78040


Area Wide Phonebook
303 E. Pioneer Drive
Abeline, TX 79605


Asash Termite & Pest Control
1102 Clark Blvd.
Laredo, TX 78040


Carlos Ramirez
402 Antonia Street
Laredo, TX 78045


Carlos Villa/Andrea Rodriguez
3621 Lyon
Laredo, TX 78040


Carlos/Yvonne Loera
3402 Eastwood
Laredo, TX 78040


Celina Esquivel
720 N. Seymor
Laredo, TX 78040


Christy Cruz
3201 South Ejido Apt. 8106
Laredo, TX 78040

City of Laredo
c/o Flores & Saucedo, PLLC
5517 McPherson Rd. Ste. 14
Laredo, TX 78041


Claudia Cabral
2520 Burnside St.
Laredo, TX 78040


Commerce Bank
5800 San Dario
Laredo, TX 78041


David Perez
212 Obsidian Blvd. Apt. 59
Laredo, TX 78040


Fernando Lozano & Erika Rojas
8615 Puerto Angel
Laredo, TX 78040


Francisco Granado
102 Rain Falls
Laredo, TX 78040


Guadalupe Ruiz
8718 Puerto Isabel
Laredo, TX 78040


Internal Revenue Service
300 E. 8th St.
M/S  5026 AUS
Austin, TX 78701


Internal Revenue Service
300 E. 8th St.
M/S 5026 AUS
Austin, TX 78701

J.S. Paluch Company Company, Inc.
3708 River Rd. Ste. 400
Franklin Park, IL 60130-2158


Jesus Morales/Monica Morales
317 Toro Loop
Laredo, TX 78040


Job Corps
1701 Island
Laredo, TX 78040


Jolene Barraza
209 Masterson
Laredo, TX 78040


Jose Arturo Pantoja
314 La Herradura Court
Laredo, TX 78045


Jose Enrique Pantoja
609 Puig Street
Laredo, TX 78045


Juane David Martinez
4526 Hachar Lane
Laredo, TX 78040


Karen Reyna
418 Center
Laredo, TX 78040


Laredo Community College
c/o Kazen, Meurer & Perez
211 Calle Del Norte Ste. 200
Laredo, TX 78041

Law Office of Carl M. Barto
817 Guadalupe St.
Laredo, Texas 78040


Marco and Monica Garcia
2703 Pecan
Laredo, TX 78040


Raul/Jackie Vidaurri Everett
2616 E. Plum St.
Laredo, TX 78040


Ruben Reyes
2018 Davis
Laredo, TX 78040


Sylvia Mancha
3902 Santa Cleotilde
Laredo, TX 78040


United I S D
c/o Guillermo Alarcon
1302 Washington St.
Laredo, TX 78040


Webb County
c/o Castillo, Montemayor & Solis, PC
7718 McPherson Rd. Ste. #F-105
Laredo, TX 78045

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

IN RE:                                                                CHAPTER   **11**

**Four Tigers Group, L.L.C.**


DEBTOR(S)                                                       CASE NO   **15-50100**


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| | | | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ **Managing Member** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: __**7/22/2015**_____          Signature: __**/s/ Jose Arturo Pantoja**_____
                                                                           **Jose Arturo Pantoja**
                                                                           **Managing Member**